# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN NGUYEN, an individual, DANG NGUYEN, an individual, and NHAN NGUYEN, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No: 2:24-cv-01912-CSK<br><br>Judge: Hon. Chi Soo Kim<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

    Based on the stipulation of Plaintiffs An Nguyen, Dang Nguyen, and Nhan Nguyen and Defendant Mercedes-Benz USA, LLC ("Parties"), and good cause appearing therefore, the stipulation is approved. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, including all claims and counterclaims stated herein against all Parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the Parties.

/ / /

**IT IS SO ORDERED.**

DATE: November 21, 2024     By: _____
Hon. Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA

5, nguy.1912.24

2
[PROPOSED] ORDER OF DISMISSAL